IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
                                                           )
               Plaintiff, )
v. ) Criminal No. 15-00362-01-CR-W-DGK
                                                           )
DNRB, INC., )
d/b/a Fastrack Erectors )
                                                           )
               Defendant. )

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 10, 2015, a one count information was filed against defendant DNRB, Inc., d/b/a Fastrack Erectors. The information charges defendant with violating OSHA regulations and causing death to an employee.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Paul S. Becker/Rachel L. Parsons/Evert H. Van Wijk
        Case Agent: OSHA Compliance Officer David Scott Maloney
        Defense: Steven Martin Aaron/Lisa M. Krigsten

**OUTSTANDING MOTIONS**:

| 07/15/2016 | 35 | NOTICE of filing *Intent to Offer Evidence of Other Crimes* by USA as to DNRB, Inc. (Becker, Paul) (Entered: 07/15/2016) |
|---|---|---|

**TRIAL WITNESSES**:
        Government: 26 without stipulations; 25 with stipulations
        Defendants: No more than 12 witnesses; the number of defense witnesses will depend on which witnesses are called by the government.

**TRIAL EXHIBITS**
        Government: 85 exhibits
        Defendant: 10-15 exhibits in addition to those on the government's exhibit list

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
        ( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days**
    Government's case including jury selection:   2 days
    Defense case:  ½ day

**STIPULATIONS**: The parties are working on stipulations as to the foundation of certain exhibits and the cause of the employee's death

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

   **Witness and Exhibit List**
    Government: Friday before the pretrial conference (filed 7/27/16)
    Defense: Friday before the pretrial conference (filed 7/27/2016)
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index:  Noon, Thursday, August 11, 2016.**

   **Motions in Limine:**  The government may file an additional motion in limine once defendant discloses the anticipated opinions of an expert witness.

**TRIAL SETTING**:  Set beginning August 16, 2016 for a non-jury trial

**IT IS SO ORDERED.**

                              /s/ *Sarah W. Hays*
                           SARAH W. HAYS
                  UNITED STATES MAGISTRATE JUDGE